IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| | Plaintiff, | 20cv0166E |
| | | LEAD CASE |
| | v. | |
| PACIFICA BEAUTY, LLC., | | |
| | Defendant. | |

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| | Plaintiff, | 20cv0167E |
| | | MEMBER CASE |
| | v. | |
| FIRST AID BEAUTY, LTD., | | |
| | Defendant. | |

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| | Plaintiff, | 20cv0170 Erie |
| | | MEMBER CASE |
| | v. | |
| AMIKA, LP., | | |
| | Defendant. | |

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| | Plaintiff, | 20cv0171E |
| | | MEMBER CASE |
| | v. | |
| COLORESCIENCE, INC., | | |
| | Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 20cv0175 Erie<br>MEMBER CASE |
| v. | |
| LAGOS ONLINE, INC., | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 20cv0176 Erie<br>MEMBER CASE |
| v. | |
| IREDALE COSMETICS, INC., | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, THOMAS KLAUS, | |
| Plaintiffs, | 20cv0179 Erie<br>MEMBER CASE |
| v. | |
| HAPPY SOCKS NORTH AMERICA, INC., | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 20cv0180 Erie<br>MEMBER CASE |
| v. | |
| THE WILKES GROUP, INC.<br>*doing business as*<br>EVIAN FACIAL SPRAY, | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 20cv0182 Erie<br>MEMBER CASE |
| v. | |
| SKYN ICELAND, LLC, | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, RONALD C. KOLESAR, | |
| Plaintiffs, | 20cv0190 Erie<br>MEMBER CASE |
| v. | |
| IM PRO MAKEUP NY, LP<br>*doing business as*<br>IL MAKIAGE, | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, THOMAS KLAUS, | |
| Plaintiffs, | 20cv0191 Erie |
| | MEMBER CASE |
| v. | |
| COSNOVA, INC. *d/b/a CATRICE COSMETICS*., | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, RONALD C. KOLESAR, | |
| Plaintiffs, | 20cv0192 Erie |
| | MEMBER CASE |
| v. | |
| EFFY JEWELERS CORP., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv0986 |
| | MEMBER CASE |
| v. | |
| KT HEALTH, LLC., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv0995 |
| | MEMBER CASE |
| v. | |
| GRANDE COSMETICS, LLC., | |
| Defendant. | |

RONALD C. KOLESAR,

        Plaintiff,                  20cv1007
                                                MEMBER CASE

        v.

CURRENT MEDIA GROUP, LLC.
*doing business as*
LILLIAN VERNON, LLC.,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                  20cv1013
                                                MEMBER CASE

        v.

THE WEBSTAURANT STORE, INC.,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                  20cv1021
                                                MEMBER CASE

        v.

DELUXE CORPORATION,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                  20cv1022
                                                MEMBER CASE

        v.

DELUXE CORPORATION,

        Defendant.

ROBERT JAHODA,

       Plaintiff,                        20cv1024
                                              MEMBER CASE

       v.

MPUSA, LLC,

       Defendant.


ROBERT JAHODA,

       Plaintiff,                        20cv1025
                                              MEMBER CASE

       v.

THE NATORI COMPANY, INC.
*doing business as*
JOSIE NATORI BOUTIQUE,

       Defendant.


## **CONSOLIDATION ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 20-167E, 20-170E, 20-171E, 20-175E, 20-176E, 20-179E, 20-180E, 20-182E, 20-190E, 20-191E, 20-192E, 20-986, 20-995, 20-1007, 20-1013, 20-1021, 20-1022, 20-1024 and 20-1025 are hereby consolidated with **Civil Action No. 20-166 Erie**, the lead case as captioned above.

1. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-166 Erie**.

2. The Clerk of Court shall **close** Civil Action Nos. 20-167E, 20-170E, 20-171E, 20-175E, 20-176E, 20-179E, 20-180E, 20-182E, 20-190E, 20-191E, 20-192E, 20-986, 20-995, 20-1007, 20-1013, 20-1021, 20-1022, 20-1024 and 20-1025

**SO ORDERED** this 21st day of July, 2020.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge